IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JENNIFER JOHNSON-LUJAN,

    Plaintiff,

v.                                         No.  1:13-cv-00369 KG/ACT

JUAN PINEDA,

    Defendant.

## ORDER OF DISMISSAL

THIS MATTER having come before the Court on the joint motion [Doc. 32] of Plaintiff and Defendant for an Order dismissing the Plaintiff's Complaint with prejudice, and the Court having reviewed the pleadings and being otherwise fully advised in the premises;

FINDS, that the Plaintiff and the Defendant have represented that all matters in controversy have been fully settled and compromised;

IT IS THEREFORE ORDERED AND ADJUDGED that the Plaintiff's Complaint and all causes of action stated therein or which could have been stated therein against Defendant be and are hereby dismissed with prejudice.  The parties shall bear their own costs and attorneys' fees.

_____
UNITED STATES DISTRICT JUDGE

APPROVED:

EATON LAW OFFICE, P.C.


By *- Electronically Signed by McKenzie Bryson -*
    P. SCOTT EATON
    McKENZIE BRYSON
    Attorneys for Defendant



FINE LAW FIRM

By*– Electronically approved 12/2/13-*
    JOSEPH FINE
    MARK FINE
    Attorneys for Plaintiff